UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY WILSON BURKE, Individually and
On Behalf of All Others Similarly Situated,

                    Plaintiff,                    05 Civ. 0060 (RPP)

       - against -                        **ORDER**

CHINA AVIATION OIL (SINGAPORE)
CORP. LTD., JIA CHANGBIN, and
CHEN JIULIN,

                    Defendants.
-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       Plaintiff having failed to effect service on the Defendants in this case commenced on January 5, 2005, within 120 days after filing the complaint, this action is dismissed, without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

       IT IS SO ORDERED.

Dated:  New York, New York
           March 28, 2006

                                                Robert P. Patterson, Jr.
                                                U.S.D.J.

Copy of this Order sent to:

Murray, Frank & Sailer LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
Attn:  Brian P. Murray
         Eric J. Belfi
Tel:    (212) 682-1818
Fax:   (212) 682-1892

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road
Melville, NY 11747
Attn:   Samuel H. Rudman
        Lawrence McCabe
Tel:    (877) 992-2555
Fax:    (631) 367-1173